NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ROBERT D. YEAGER**

---

2012-1667

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 12/218,144.

---

**ON MOTION**

---

**O R D E R**

Robert D. Yeager moves for oral argument in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions for oral argument are deferred to the merits panel assigned to hear the case.

IN RE ROBERT YEAGER                                                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21